UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LEE WILLIAMS,

                              Plaintiff,

        v.                                        9:10-CV-635

D.E. LaCLAIR, *Superintendent*,
*Franklin Correctional Facility*;
S. BROWN, *Deputy Superintendent*
*for Security*; N. ARMSTRONG,
*Nurse Administrator*, JANE DOE,
*Mailroom Supervisor*,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## **DECISION and ORDER**

      This matter brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Randolph F. Treece, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. 636(b) and Local Rules 72.3(c).

      No objections to the December 20, 2011 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, the Court adopts the Report-Recommendation for the reasons stated herein.

      It is, therefore, ORDERED that:

      Defendant's Motion to Dismiss is granted in part and dismissed in part as follows:

1. Granted, as to claims against all Defendants regarding an informal custom or policy;

2. Granted, as to claims of Eighth Amendment medical indifference against Defendant Armstrong and she is dismissed from this action;

3. Denied, as to claims of retaliation against Defendants LaClair and Brown; and

4. The claims against Defendant Jane Doe are dismissed in their entirety.

IT IS SO ORDERED.

Dated: February 10, 2012

_____
Thomas J. McAvoy
Senior, U.S. District Judge