**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**LEE WILLIAMS,**

                                        **Plaintiff,**

        **vs.**                                                **9:10-CV-0635**


**D.E. LACLAIR, Superintendent,**
**Franklin Correctional Facility, and**
**S. BROWN, Deputy Superintendent for**
**Security,**

                                        **Defendants.**
_____

**Thomas J. McAvoy,**
**Sr. U.S. District Judge**



**DECISION & ORDER**

        This _pro se_ civil rights action pursuant to 42 U.S.C. § 1983 was referred to the

Honorable Randolph F. Treece, United States Magistrate Judge, for a Report-

Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

        Magistrate Judge Treece denied Plaintiff's request for recusal.  Magistrate Judge

Treece also directed Plaintiff to serve adequate mandatory disclosures upon

Defendants' counsel by February 22, 2013.  If such disclosures were not served,

Defendants were to file a status report with the Court.  Magistrate Judge Treece further

warned Plaintiff that failure to file such disclosures by February 22, 2013, could result in

dismissal of this action.  Magistrate Judge Treece granted Defendants' Motion (Dkt. 51)

brought pursuant to Rule 37(b).  Magistrate Judge Treece recommended that: (1) to the

extent Defendants' motion is construed as brought pursuant to Rule 41(b), it should be

granted; and (2) the action should be dismissed if Plaintiff fails to comply with the February 22, 2013, disclosure deadline.

Plaintiff subsequently filed a motion for an extension of time to comply with Magistrate Judge Treece's disclosure deadline.  Dkt. No. 63.  This motion was granted in part and the disclosure deadline was extended to March 5, 2013.  Plaintiff also filed timely objections to the Report-Recommendation, essentially raising the same arguments presented to the Magistrate Judge.  Plaintiff failed to comply with the extended discovery compliance deadline, and Defendants filed a Status Report on March 8, 2013, (Dkt. 66) reflecting Plaintiff's non-compliance.

When objections to a magistrate judge's Report-Recommendation are lodged, the Court makes a "*de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  See 28 U.S.C. § 636(b)(1).  After such a review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.  The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions."  Id.

Having reviewed the record *de novo* and having considered the issues raised in the Plaintiff's objections, this Court has determined to accept and adopt in its entirety the recommendation of Magistrate Judge Treece for the reasons stated in the Report-Recommendation due to Plaintiff's failure to comply with the March 5, 2013, discovery disclosure deadline.

It is therefore **ORDERED** that the denial of the recusal request set forth in the Report-Recommendation is AFFIRMED.  Further, it is **ORDERED** that Plaintiff's

amended complaint is DISMISSED in its entirety pursuant for Fed. R. Civ. P. 41(b) for

failure to comply with the March 5, 2013 discovery deadline.

**IT IS SO ORDERED.**


**Dated: March 22, 2013**



Thomas J. McAvoy
Senior, U.S. District Judge